UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:06-CR-210-LDG-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NATHAN RIVERO ) | |
| ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#965) on December 30, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| HOME DEPOT | 2,227.66 |
| KMART | 331.38 |
| PETSMART | 98.51 |
| WALGREENS | 488.09 |
| ALBERTSONS | 125.20 |
| CERETGY | 4,348.70 |
| TJ MAXX | 457.12 |

| | |
|---|---|
| WINDSOR FASHIONS | 92.52 |
| JOHN HAWKEN | 9,000.00 |
| SAMS CLUB | 124,813.82 |

**Total Amount of Restitution ordered:** $141,983.00**
**Joint and Several with co-defendants

Dated this _14_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE

2